No. 339. MOSER *v*. NEW YORK LIFE INSURANCE CO. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Daniel B. Trefethen* for petitioner. *Raymond G. Wright,*

730

*Clarence R. Innis* and *Arthur E. Simon* for respondent.

